Dismissed and Memorandum Opinion filed July 1, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00476-CR

____________

 

ANTHONY HERNANDEZ, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 230th Court

Harris County, Texas

Trial Court Cause No. 1232219

 



 

MEMORANDUM
OPINION

Appellant entered a guilty plea to sexual assault of a child. 
In accordance with the terms of a plea bargain agreement with the State, the
trial court sentenced appellant on February 24, 2010, to confinement for two
years in the Institutional Division of the Texas Department of Criminal
Justice.  Appellant filed a notice of appeal.  We dismiss the appeal. 

The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court’s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The record supports the trial
court’s certification.  See Dears v. State, 154 S.W.3d 610, 615 (Tex.
Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Justices
Anderson, Frost, and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b)